# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ERIC ANDERSON,

    *Defendant*.

Case No. **CR 11-051-JHP**

FILED
JUL 12 2011
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**[18 U.S.C. §§ 1951(a), 1951(b)(1), and 1951(b)(3) - Interference with Commerce by Threats or Violence]**

On or about May 19, 2011, within the Eastern District of Oklahoma, the defendant, **ERIC ANDERSON**, did obstruct, delay and affect commerce by robbery, in that the defendant, **ERIC ANDERSON**, knowingly, wilfully and intentionally took and obtained personal property, that is, money, from the presence of an employee of McDonald's Restaurant, a company engaged in and conducting business in interstate commerce at 2415 Chandler Road, Muskogee, Oklahoma, within the Eastern District of Oklahoma, which property was in the employee's custody and control, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person.

**All in violation of Title 18, United States Code, Sections 1951(a), 1951(b)(1) and 1951(b)(3).**

## COUNT TWO

**[18 U.S.C. § 924(c)(1)(A)(ii) - Brandished and Possessed a Firearm in Furtherance of a Crime of Violence]**

On or about May 19, 2011, within the Eastern District of Oklahoma, the defendant, **ERIC ANDERSON,** knowingly brandished and possessed a firearm, specifically: one Bersa S.A. Thunder 380 .380 caliber semi-automatic pistol imported by R.S.A. Enterprises INC Ocean, NY, serial number A62677, in furtherance of a crime of violence, as more fully set forth in Count One of this Indictment, for which the defendant may be prosecuted in a court of the United States.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).**


MARK F. GREEN
United States Attorney

SHANNON L. HENSON, OBA # 15905
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY